**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROGER CANNON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.  3:22-cv-00981-NJR |
| | ) |
| BRETT DETERING, ET AL., | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF SETTLEMENT**

The remaining parties in this case have reached an agreement to settle all claims. A final Stipulation for Dismissal of the remaining claims will be filed within 30-45 days.

/s/ David M. Duree
David M. Duree, ARDC #0697087
David M. Duree & Associates, P.C.
312 South Lincoln Avenue
O'Fallon, IL  62269
618.628.0186 (T)/618.628.0259 (F)
law@dmduree.net
*Attorneys for Roger Cannon*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the foregoing was electronically filed with the Clerk of the Court and the CM/ECF filing system will electronically serve counsel of record, this 12th day of July, 2023.

/s/ David M. Duree
David M. Duree, ARDC #0697087
David M. Duree & Associates, P.C.